**Appeal Dismissed and Memorandum Opinion filed April 4, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00096-CV

---

## ALL AMERICAN FLEET SERVICES, INC. D/B/A GULF COAST FLEET TOWING, Appellant

### V.

## COUNTY LINE DIESEL, LLC, Appellee

---

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. 18-DCV0803**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed January 29, 2019. The notice of appeal was filed February 4, 2019. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in

civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On March 12, 2019, this court ordered appellant to pay the appellate filing fee on or before March 27, 2019, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Spain, and Zimmerer.